1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

12

13

14

| | |
|---|---|
| RENEE KLEP, individually and as successor-in-interest to DARIN KLEP, DECEDENT; A.K., a minor by her Guardian Ad Litem, RENEE KLEP, ) | Case No. 2:23-cv-00274-WBS-DB |

15

16

Plaintiffs,

**ORDER RE: PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM**

17

vs.

18

19

20

21

COUNTY OF SISKIYOU; CITY OF MT. SHASTA, a Municipal entity; CHRIS STOCK, an individual; RICHARD EVANS; an individual; WALTER MOORE; an individual; and JUAN CASANOVA, an individual,

**[FRCP Rule 17/Local Rule 202(a)]**

22

Defendants.

23

_____)

24

25

26

27

28

Order Re: Petition for Appointment of Guardian Ad Litem
Case No. 2:23-cv-00274-WBS-DB

1

2      The Court having considered the petition of A.K. for the appointment of

3   Renee Klep as guardian ad litem for A.K. who is a minor and good cause

4   appearing therefor.

5      IT IS HEREBY ORDERED that Renee Klep be, and she is hereby

6   appointed as Guardian Ad Litem for A.K., a plaintiff in the above-entitled

7   action, and she is authorized to institute and prosecute the action mentioned in

8   the petition.

9   Dated:  February 16, 2023                                          _____

10                                                  WILLIAM B. SHUBB
                                              UNITED STATES DISTRICT JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [Proposed] Order Re: Petition for Appointment of Guardian ad Litem
     Case No. 2:23-cv-00274-WBS-DB