1  DERICK E. KONZ, SBN. 286902
    Email: dkonz@akk-law.com
2  **ANGELO, KILDAY & KILDUFF, LLP**
3  Attorneys at Law
   601 University Avenue, Suite 150
4  Sacramento, CA  95825
   Telephone: (916) 564-6100
5  Telecopier: (916) 564-6263

6
   Attorneys for Defendants CITY OF MT. SHASTA, SERGEANT MOORE and OFFICER
7  CASANOVA

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 RENEE KLEP, et al.                    )   Case No.: 2:23-CV-00274-WBS-SCR
                                          )
12              Plaintiffs,               )   **STIPULATION AND ORDER**
                                          )   **REQUESTING FOR SETTLEMENT**
13         vs.                            )   **CONFERENCE**
                                          )
14 COUNTY OF SISKIYOU, et al.             )
                                          )
15              Defendants.               )
                                          )
16                                        )
                                          )
17 _____)

-1-
STIPULATION AND ORDER REQUESTING FOR SETTLEMENT CONFERENCE

1  Pursuant to E.D. Cal. L.R. 270, the parties stipulate to and jointly request referral to
2  Honorable Magistrate Judge Carolyn K. Delaney for a settlement conference on December 9,
3  2024, at 9:30 a.m. via Zoom.

4  In the interest of scheduling, Defendant, County of Siskiyou, is consenting to this referral
5  subject to approval by the Board of Supervisors of their participation at said settlement
6  conference. A decision from the Board of Supervisors is expected at their next meeting on
7  September 3, 2024.

9  Dated:  August 20, 2024                                  ANGELO, KILDAY & KILDUFF, LLP

         */s/ Derick Konz*
By:_____
  DERICK KONZ
  Attorneys for Defendants City of Mt. Shasta, Sergeant Moore, and Officer Casanova

17  Dated:  August 20, 2024                                  MAIRE & DEEDON

         */s/ Tracey A. Werner*
By:_____
  TRACEY A. WERNER
  Attorneys for Defendants County of Siskiyou, Chris Stock and Richard Evans

25  Dated:  August 20, 2024                                  LAW OFFICES OF PHILP J. KAPLAN

         */s/ Philip J. Kaplan*
By:_____
  PHILIP J. KAPLAN

Attorneys for Plaintiffs

**ORDER**

The parties' request is GRANTED.

A settlement conference shall be set before the Honorable Magistrate Judge Carolyn K. Delaney on **December 9, 2024, at 9:30 a.m. via Zoom**.

SO ORDERED.

Dated: August 20, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE