Patrick L. Deedon, State Bar No. 245490
Tracey A. Werner, State Bar No. 315876
**MAIRE & DEEDON**
2851 Park Marina Drive, Suite 300
Redding, CA 96001-2813
(530) 246-6050 / 246-6060 (fax)
*pdeedon@maire-law.com*
*twerner@maire-law.com*
**Attorneys for Defendants,**
COUNTY OF SISKIYOU,
CHRIS STOCK, and RICHARD EVANS

Derick E. Konz, SBN 286902
Jacob J. Graham, SBN 340295
**ANGELO, KILDAY & KILDUFF, LLP**
601 University Avenue, Suite 150
Sacramento, California 95825
(916) 564-6100 / (916) 564-6263
dkonz@akk-law.com
jgraham@akk-law.com
**Attorneys for Defendants,**
CITY OF MT. SHASTA, SERGEANT MOORE and
OFFICER CASANOVA

Philip J. Kaplan, SBN 135735
**LAW OFFICES OF PHILIP J. KAPLAN**
3278 Wilshire Blvd., Suite 106
Los Angeles, California 90010
(213) 820-2874
philipkaplanlaw@gmail.com
**Attorneys for Plaintiffs,**
RENEE KLEP and A.K.

Bernard J. Schwartz, Esq.
**LAW OFFICE OF BERNARD J. SCHWARTZ**
5061 Elmwood Ave.
Los Angeles, California 90004
Tel: (323) 369-0399
citizenschwartz@gmail.com
**Co-Counsel for Plaintiffs,**
RENEE KLEP and A.K.

///

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]**    **PAGE 1**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RENEE KLEP, individually and as successor-in-interest to DARIN KLEP, DECEDENT; A.K. a minor by her guardian Ad Litem, RENEE KLEP,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SISKIYOU; CITY OF MT. SHASTA, a Municipal entity; CHRIS STOCK, an individual; RICHARD EVANS, an individual; WALTER MOORE, an individual; and JUAN CASANOVA, an individual<br><br>Defendants.<br>_____/ | CASE NO.:   2:23-CV-00274-WBS-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]** |

**IT IS HEREBY STIPULATED** by and among the Plaintiffs, RENEE KLEP and A.K. (hereinafter referred to as the "PLAINTIFFS"), and Defendants, COUNTY OF SISKIYOU, CITY OF MT. SHASTA, CHRIS STOCK, RICHARD EVANS, WALTER MOORE, and JUAN CASANOVA (hereafter collectively referred to as the "DEFENDANTS"), who may be collectively referred to as the "PARTIES," through their respective counsel of record, as follows:

WHEREAS counsel for the PARTIES met and conferred by email and telephone on several occasions, prior to execution of this stipulation, concerning the status of discovery and anticipated timeline for completion of remainder of both expert and non-expert discovery;

WHEREAS the parties have started taking non-expert depositions in this matter but, so far, have only been able to coordinate and complete the depositions of CHRIS STOCK, RICHARD EVANS, and WALTER MOORE;

WHEREAS counsel for the parties still need the depositions of JUAN CASANOVA, RENEE KLEP, in addition to several non-party witnesses;

WHEREAS counsel for the parties have also arranged for the in-person inspection of several items of evidence with PLAINTIFF'S ballistics expert at the District Attorney's office in Yreka, California;

WHEREAS counsel for the PARTIES have been exploring the possibility of settlement through mediation or some alternative means and have informally agreed to stay further discovery and expert work pending exploration of those discussions;

WHEREAS the PARTIES contacted the Hon. Magistrate Judge Carolyn Delaney and requested available dates for a Settlement Conference and the earliest available date that worked for all PARTIES was December 9, 2024;

WHEREAS the PARTIES submitted a joint request for referral to Magistrate Judge Delaney on August 19, 2024;

WHEREAS counsel for the PARTIES agree that additional time is needed to complete the remaining expert, and non-expert, discovery, and have stipulated to extend all pre-trial deadlines by 8 months;

**Maire & Deedon**
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

PAGE 3
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]

IT IS HEREBY STIPULATED AND AGREED by and among the PARTIES that the existing pretrial scheduling order, electronically filed as Document 18, shall be modified and the deadlines stated therein shall be amended as follows:

1. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by no later than April 6, 2025.

2. The parties shall disclosure rebuttal experts and reports in accordance with FRCP 26(a)(2) on or before May 5, 2025.

3. Discovery to be completed by June 4, 2025. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than June 4, 2025.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before August 2, 2025. All motions shall be noticed for the next available hearing date.

5. The final pretrial conference currently scheduled for March 17, 2025, shall be taken off calendar and reset for November 3, 2025, at 1:30 p.m. in Courtroom No. 5.

6. The jury trial currently set for May 26, 2025 shall be taken off calendar and reset for January 26, 2026, at 9:00 a.m.

*[Signatures to follow on next page.]*

*///*

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

**PAGE 4**

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]**

| | | |
|---|---|---|
| 1 | Dated: August 19, 2024 | **MAIRE & DEEDON** |
| 2 | | |
| 3 | | /s/ *Tracey A. Werner* |
| 4 | | PATRICK L. DEEDON  TRACEY A. WERNER |
| 5 | | Attorneys for Defendants,  COUNTY OF SISKIYOU, |
| 6 | | CHRIS STOCK AND RICHARD EVANS |
| 7 | Dated: August 19, 2024 | **ANGELO, KILDAY & KILDUFF, LLP** |
| 8 | | |
| 9 | | */s/ Derick E. Konz* |
| 10 | | DERICK E. KONZ  JACOB J. GRAHAM |
| 11 | | Attorneys for Defendants,  CITY OF MT. SHASTA, SERGEANT MOORE, |
| 12 | | OFFICER CASANOVA |
| 13 | Dated: August 19, 2024 | **LAW OFFICES OF PHILIP J. KAPLAN** |
| 14 | | |
| 15 | | */s/ Philip J. Kaplan* |
| 16 | | PHILIP J. KAPLAN  Attorneys for Plaintiffs, |
| 17 | | RENEE KLEP and A.K. |

18  *[Order to follow on next page.]*
///

**Maire & Deedon**
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

**PAGE 5**

STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]

# ORDER

Having reviewed the Parties' stipulation, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Parties' STIPULATION AND [PROPOSED] ORDER TO MODIFY THE SCHEDULING ORDER [DOCUMENT 18] is approved as an Order of this Court. The existing Scheduling Order, electronically filed as Document 18, is hereby modified and the deadlines stated therein shall be amended as follows:

1. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by no later than **April 7, 2025**.

2. The parties shall disclosure rebuttal experts and reports in accordance with FRCP 26(a)(2) on or before **May 5, 2025.**

3. Discovery to be completed by **June 4, 2025**. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than **June 4, 2025**.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before **August 4, 2025**. All motions shall be noticed for the next available hearing date.

5. The final pretrial conference currently scheduled for March 17, 2025, shall be taken off calendar and reset for **November 3, 2025, at 1:30 p.m**. in Courtroom No. 5.

6. The jury trial currently set for May 26, 2025, shall be taken off calendar and reset for **January 27, 2026, at 9:00 a.m.**

Dated:  August 21, 2024

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 18]**     **PAGE 6**

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050