1  Patrick L. Deedon, State Bar No. 245490
   Tracey A. Werner, State Bar No. 315876
2  **MAIRE & DEEDON**
   2851 Park Marina Drive, Suite 300
3  Redding, CA 96001-2813
   (530) 246-6050 / 246-6060 (fax)
4  pdeedon@maire-law.com
   twerner@maire-law.com
5  **Attorneys for Defendants,**
6  COUNTY OF SISKIYOU,
   CHRIS STOCK, and RICHARD EVANS
7

8  Derick E. Konz, SBN 286902
   Jacob J. Graham, SBN 340295
9  **ANGELO, KILDAY & KILDUFF, LLP**
   601 University Avenue, Suite 150
10 Sacramento, California 95825
   (916) 564-6100 / (916) 564-6263
11 dkonz@akk-law.com
12 jgraham@akk-law.com
   **Attorneys for Defendants,**
13 CITY OF MT. SHASTA, SERGEANT MOORE and
14 OFFICER CASANOVA

15 Philip J. Kaplan, SBN 135735
   **LAW OFFICES OF PHILIP J. KAPLAN**
16 3278 Wilshire Blvd., Suite 106
17 Los Angeles, California 90010
   (213) 820-2874
18 philipkaplanlaw@gmail.com
   **Attorneys for Plaintiffs,**
19 RENEE KLEP and A.K.

{00287415;1}

**PAGE 1**
**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| RENEE KLEP, individually and as successor-in-interest to DARIN KLEP, DECEDENT; A.K. a minor by her guardian Ad Litem, RENEE KLEP,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SISKIYOU; CITY OF MT. SHASTA, a Municipal entity; CHRIS STOCK, an individual; RICHARD EVANS, an individual; WALTER MOORE, an individual; and JUAN CASANOVA, an individual<br><br>    Defendants.<br>_____/ | CASE NO.:   2:23-CV-00274-WBS-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]** |

**IT IS HEREBY STIPULATED** by and among the Plaintiffs, RENEE KLEP and A.K. (hereinafter referred to as the "PLAINTIFFS"), and Defendants, COUNTY OF SISKIYOU, CITY OF MT. SHASTA, CHRIS STOCK, RICHARD EVANS, WALTER MOORE, and JUAN CASANOVA (hereafter collectively referred to as the "DEFENDANTS"), who may be collectively referred to as the "PARTIES," through their respective counsel of record, as follows:

WHEREAS counsel for the PARTIES met and conferred by email and telephone on several occasions, prior to execution of this stipulation, concerning the status of settlement discussions, discovery and anticipated timeline for completion of remainder of both expert and non-expert discovery;

{00287415;1}
PAGE 2
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

WHEREAS the PARTIES attended a settlement conference before Chief Magistrate Judge Carolyn Delaney on December 9, 2024.  The case did not settle at that time;

WHEREAS, after the above first session, counsel conferred and agreed to return for a second settlement conference session with Magistrate Judge Delaney;

WHEREAS a further settlement conference with Magistrate Judge Delaney is now set for April 9, 2025 [DOCUMENT 32];

WHEREAS the parties have discussed and have informally agreed, in light of the April 9 settlement conference and in order to conserve resources/expenses regarding expert reports and expert discovery, etc., to stay further discovery and expert work pending the April 9 settlement conference (currently, the PARTIES' expert disclosures are due April 7, 2025);

WHEREAS counsel for the PARTIES agree that additional time is needed to complete the remaining expert, and non-expert, discovery, and have stipulated to extend all pre-trial deadlines by ninety (90) days.  Specifically, DEFENDANTS reserve their right to take the deposition of Plaintiff RENEE KLEP and any other depositions (fact and/or expert) they believe necessary, while PLAINTIFFS reserve their right to depose further witnesses (fact and/or expert); and

WHEREAS should this matter settle on or about April 9, 2025, the parties agree that at least a 90-day period may be necessary to allow for the municipal entities to approve any settlement, as well as allowing time for the execution of settlement agreements and PLAINTIFFS' motion to approve minor's compromise.

IT IS HEREBY STIPULATED AND AGREED by and among the PARTIES that the existing pretrial scheduling order, electronically filed as Document 24, shall be modified and the deadlines stated therein shall be amended as follows:

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

{00287415;1}
PAGE 3
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]

1. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by no later than July 7, 2025.

2. The parties shall disclosure rebuttal experts and reports in accordance with FRCP 26(a)(2) on or before August 6, 2025.

3. Discovery to be completed by September 2, 2025. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than September 2, 2025.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before November 3, 2025. All motions shall be noticed for the next available hearing date.

5. The final pretrial conference currently scheduled for November 3, 2025, shall be taken off calendar and reset for February 3, 2026, at 1:30 p.m. in Courtroom No. 5.

6. The jury trial currently set for January 27, 2026, at 9:00 a.m., shall be taken off calendar and reset for April 28, 2026, at 9:00 a.m.

*[Signatures to follow on next page.]*

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

{00287415;1}

PAGE 4
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]

1

Dated: _____   **MAIRE & DEEDON**

2

3
/s/ *Tracey A. Werner*_____
PATRICK L. DEEDON
4
TRACEY A. WERNER
5
Attorneys for Defendants,
COUNTY OF SISKIYOU,
6
CHRIS STOCK AND RICHARD EVANS

7
Dated: _____   **ANGELO, KILDAY & KILDUFF, LLP**
8

9
*/s/ Derick E. Konz*_____
DERICK E. KONZ
10
JACOB J. GRAHAM
11
Attorneys for Defendants,
CITY OF MT. SHASTA, SERGEANT MOORE,
12
OFFICER CASANOVA

13
Dated: _____   **LAW OFFICES OF PHILIP J. KAPLAN**
14

15
*/s/ Philip J. Kaplan*_____
PHILIP J. KAPLAN
16
Attorneys for Plaintiffs,
RENEE KLEP and A.K.
17

18   *[Order to follow on next page.]*
*///*
19

20

21

22

23

24

25

26

27

28

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA  96001-2813
(530) 246-6050

{00287415;1}
**PAGE 5**
**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]**

**ORDER**

Having reviewed the Parties' stipulation, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

The Parties' STIPULATION AND ORDER TO MODIFY THE SCHEDULING ORDER [DOCUMENT 33] is approved as an Order of this Court. The existing Scheduling Order, electronically filed as Document 24, is hereby modified and the deadlines stated therein shall be amended as follows:

1. The parties shall disclose experts and produce reports in accordance with FRCP 26(a)(2) by no later than July 7, 2025.

2. The parties shall disclosure rebuttal experts and reports in accordance with FRCP 26(a)(2) on or before August 6, 2025.

3. Discovery to be completed by September 2, 2025. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions may be heard (and any resulting orders obeyed) not later than September 2, 2025.

4. All motions, except motions for continuances, temporary restraining orders, or other emergency applications, shall be filed on or before November 3, 2025. All motions shall be noticed for the next available hearing date.

5. The final pretrial conference currently scheduled for November 3, 2025, shall be taken off calendar and reset for **February 9, 2026, at 1:30 p.m**. in Courtroom No. 5.

///

///

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

{00287415;1}
PAGE 6
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]

6. The jury trial currently set for January 27, 2026, at 9:00 a.m. shall be taken off calendar and reset for **April 28, 2026 at 9:00 a.m.**

Dated: April 2, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Maire & Deedon
2851 Park Marina Dr. Ste. 300
Redding, CA 96001-2813
(530) 246-6050

{00287415;1}
PAGE 7
STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER [DOCUMENT 33]